SARAH L. OVERTON (CSB # 163810)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA  92501
(951) 276-4420
(951) 276-4405 facsimile
soverton@cmda-law.com

Attorneys for Defendant
Superior Court of California,
County of San Bernardino, erroneously sued as
San Bernardino County Mental Health Court

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNE CURRIE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PATRICIA (PAT) JOHNSON, et al,<br><br>　　　　　Defendants. | CASE NO.  CV 09-02690 R(SSx)<br><br>JUDGMENT |

The motion to dismiss plaintiff's complaint of defendant Superior Court of California, County of San Bernardino, erroneously sued as San Bernardino County Mental Health Court came regularly for hearing on July 6, 2009, before the Honorable Manuel L. Real, District Court Judge.  The issues having been duly heard and a decision having been duly rendered, this Court granted the motion to dismiss without leave to amend and the complaint dismissed with prejudice as to all defendants.

WHEREFORE, IT IS SO ORDERED AND ADJUDGED that the complaint of plaintiff Enne Currie is dismissed with prejudice as to all defendants and that

Cummings, McClorey,
Davis, Acho
& Associates, P.C.
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

-1-
[PROPOSED] JUDGMENT

1 judgment be entered against plaintiff and in favor of all defendants in the instant
2 action.
3     IT IS SO ORDERED:
4
5 Dated___July 13, 2009____     _____
6                       United States District Judge

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

PROOF OF SERVICE
Currie v. Johnson
CV09-02690 R(SSx)

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

On, July 10, 2009, I served the foregoing document(s): [PROPOSED] JUDGMENT, on the following party(ies) in this action addressed as follows:

Enne Currie
25612 Barton Road #169
Loma Linda, CA 92354

[XX] (*BY MAIL*) I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Riverside, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[] (*BY PERSONAL SERVICE*) I delivered each such document by hand to each addressee above.

[] (*BY OVERNIGHT DELIVERY*) I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by **United Parcel Service®(UPS).** I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to a courier or driver authorized by UPS to receive documents on the same date it is placed for collection.

Cummings, McClorey,
Davis, Acho
& Associates, P.C.
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

- 3 -
[PROPOSED] JUDGMENT

1  []    (*BY FACSIMILE*) By use of facsimile machine number (951) 276-4405, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

     Executed on July 10, 2009, in Riverside, California.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                    /S/ Marsha Bradley

                                    MARSHA BRADLEY

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405